## MOTION HEARING

Date: 9/5/2014  Judge: Liam O'Grady
  Reporter: Norman Linnell
Start: 10:10  Deputy Clerk: John Williams
Finish: 10:12

Civil Action Number: 1:14CV1120

Jin

vs.

001hh.com, et al

Appearance of Counsel for ( x )Pltf  (  ) Deft
(  ) Matter is Uncontested
Motion to/for:

[2] Motion for Preliminary Injunction

Argued &
( x ) Granted (  ) Denied (  ) Granted in part/Denied in part
(  ) Taken Under Advisement  (  ) Continued to

(  ) Report and Recommendation to Follow
( x ) Order to Follow