**AFFIDAVIT OF PUBLICATION**

AD # 14804051

TO WIT:

I hereby certify that on the 22nd day of December, 2014, before me, the subscriber, CHATHAN HARVIN, a notary public, that the matters of facts set forth are true.
DASCHELLE ADDISON, who being duly sworn according to law, and oath says that he is an AUTHORIZED AGENT of THE WASHINGTON TIMES, L.L.C., publisher of

# The Washington Times

Circulated daily, in the County of Alexandria, and that the advertisement, of which the annexed is a true copy, was published in said newspaper 1 times(s) on the following dates:

Monday, December 22, 2014

Total cost $1624.40 Dollars

_____
As witness, my hand and notarial seal.

Notary Public  Chathan Harvin



9600

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

Gong Zheng Jin, )
)
Plaintiff, )
)
v. )
) Case No. 1:14cv1120
John Doe )
)
Defendant. )
)

In Re:

| | | | |
|---|---|---|---|
| 00lhh.com | 166dd.com | 44sfsf.com | 77spsp.com |
| 003hh.com | 186ai.com | 44smsm.com | 77wuwu.com |
| 105hh.com | 200hh.com | 44spsp.com | 77zizi.com |
| 108hh.com | 212hh.com | 44yeye.com | 818hh.com |
| 10mcc.com | 22baba.com | 44zizi.com | 888aiai.com |
| 1llaiai.com | 22gege.com | 500dd.com | 888gggg.com |
| 1llqqqq.com | 22hihi.com | 510dd.com | 8880000.com |
| 115hh.com | 22hphp.com | 511dd.com | 888sasa.com |
| 1lgugu.com | 22meme.com | 55bebe.com | 888yyyy.com |
| 1lhehe.com | 22nini.com | 55gege.com | 88gege.com |
| 1lhihi.com | 22sfsf.com | 55gugu.com | 88gugu.com |
| 1lhphp.com | 22smsm.com | 55hihi.com | 88hehe.com |
| 1lmeme.com | 22wuwu.com | 55hphp.com | 88hihi.com |
| 1lnini.com | 22veve.com | 55meme.com | 88hoho.com |
| 1lsfsf.com | 22zizi.com | 55nini.com | 88nini.com |
| 1lsmsm.com | 33baba.com | 55sbsb.com | 88sbsb.com |
| 1lspso.com | 33gege.com | 55smsm.com | 88smsm.com |
| 1lwuwu.com | 33hehe.com | 55spsp.com | 88sosp.com |
| 1lyeye.com | 33hihi.com | 55zizi.com | 88wuwu.com |
| 1lzizi.com | 33hphp.com | 56xixi.com | 88yeye.com |
| 123456av.com | 33nini.com | 600ai.com | 88zizi.com |
| 130hh.com | 33sfsf.com | 600hh.com | 898hh.com |
| 131hh.com | 33smsm.com | 60mcc.com | 910uu.com |
| 134hh.com | 33spsp.com | 611bo.com | 911dns.com |
| 139ai.com | 33wuwu.com | 666dasege.com | 9lluu.com |
| 156ai.com | 33veve.com | 666mcc.com | 919hh.com |
| 99yeye.com | 33zizi.com | 666mgs.com | 92mcc.com |
| 99zizi.com | 350hh.com | 666nnnn.com | 999aiai.com |
| bt123456.com | 360sose.com | 666yigese.com | 999sasa.com |
| dasegel.com | 380hh.com | 66bebe.com | 99bebe.com |
| liuqumcc.com | 44gege.com | 66didi.com | 99didi.com |
| juse666.com | 44hehe.com | 66gege.com | 99gugu.com |
| lebaofu.com | 44hihi.com | 66hehe.com | 99hihi.com |
| mcc-dns.com | 44hphp.com | 66hihi.com | 99hoho.com |
| mgsdh123.com | 44meme.com | 66hoho.com | 99nini.com |
| sasa22.com | 44nini.com | 66iiii.com | 99pupu.com |
| sasa44.com | 777dddd.com | 66nini.com | 99sbsb.com |
| sasa66.com | 777ggQQ.COm | 66sbsb.com | 99smsm.com |
| sasa666.com | 777hhhh.com | 66sfsf.com | 99spso.com |
| selaoda6.com | 777kkkk.com | 66smsm.com | 99vovo.com |
| selaoda8.com | 77didi.com | 66soso.com | 99wuwu.com |
| tianvasel.com | 77hihi.com | 66wuwu.com | 777aiai.com |
| tys666.com | 77hphp.com | 66veve.com | zzz97.com |
| xiaojie1234.com | 77sbsb.com | 66zizi.com | 722dd.com |
| xixi5l.com | 77sfsf.com | 688hh.com | 777bbbb.com |
| yigesel.com | 77smsm.com | 699ee.com | vigese2.com |

## ORDER

This matter is before the Court on Plaintiff, Gong Zheng Jin's Motion to Publish Notice of Action pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(bb). Because this matter can be resolved without oral argument, it is hereby

ORDERED that a copy of this Order be published in The Washington Times once within 14 days after entry of this Order; and it is further

ORDERED that the defendant domain names, as listed Exhibit A hereto, are hereby advised:

A. the Plaintiff has filed a Complaint charging the Subject Domain Names with violation of the Anticybersquating Consumer Protection Act of 1999 (the "Act"). A copy of the Complaint may be obtained from the Plaintiffs attorney, Jonathan Westreich, Esq., 604 Cameron Street, Alexandria, Virginia 22314, 703-299-9050.

B. In the event that the Plaintiff prevails against the Subject Domain Names under the Act, remedies could include the forfeiture or cancellation of the Subject Domain N



suant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(bb). Because this matter can be resolved without oral argument, it is hereby

ORDERED that a copy of this Order be published in The Washington Times once within 14 days after entry of this Order; and it is further

ORDERED that the defendant domain names, as listed Exhibit A hereto, are hereby advised:

A. the Plaintiff has filed a Complaint charging the Subject Domain Names with violation of the Anticybersquatting Consumer Protection Act of 1999 (the "Act"). A copy of the Complaint may be obtained from the Plaintiffs attorney, Jonathan Westreich, Esq., 604 Cameron Street, Alexandria, Virginia 22314, 703-299-9050.

B. In the event that the Plaintiff prevails against the Subject Domain Names under the Act, remedies could include the forfeiture or cancellation of the Subject Domain Name or the transfer of the Subject Domain Name to the Plaintiff in this action.

C. Any answer or other response to the Complaint should be filed with the Clerk of Court, United States District Court for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia 22314-5798 within twenty (20) days from the date of publication of this Order in The Washington Times. If no appearance or pleading is filed as required by this Order, this Court may render a judgment against the Subject Domain Name which could include the forfeiture or cancellation of the Subject Domain Names or the transfer of the Subject Domain Names to the Plaintiff.

The Clerk is directed to remove this matter from the docket on and to forward copies of this Order to counsel of record.

Entered this 18 day of November, 2014.

/s/Thomas Rawles Jones, Jr.
United States Magistrate Judge
THOMAS RAWLES JONES, JR.
U.S. MAGISTRATE JUDGE
EASTERN DISTRICT OF VIRGINIA

## EXHIBIT A

| | | | |
|---|---|---|---|
| 00lhh.com | 166dd.com | 44sfsf.com | 77spsp.com |
| 003hh.com | 186ai.com | 44smsm.com | 77wuwu.com |
| 105hh.com | 200hh.com | 44spsp.com | 77zizi.com |
| 108hh.com | 212hh.com | 44yeye.com | 818hh.com |
| l0mcc.com | 22baba.com | 44zizi.com | 888aiai.com |
| lllaiai.com | 22gege.com | 500dd.com | 888gggg.com |
| lllqqqq.com | 22hihi.com | 510dd.com | 888pppp.com |
| 115hh.com | 22hphp.com | 5lldd.com | 888sasa.com |
| llgugu.com | 22meme.com | 5!:>bebe.com | 888yyyy.com |
| llhehe.com | 22nini.com | 55gege.com | 88gege.com |
| llhihi.com | 22sfsf.com | 55gugu.com | 88gugu.com |
| llhphp.com | 22smsm.com | 55hihi.com | 88hehe.com |
| llmeme.com | 22wuwu.com | 55hphp.com | 88hihi.com |
| llnini.com | 22yeye.com | 5!:Jmeme.com | 88hphp.com |
| llsfsf.com | 22zizi.com | 55nini.com | 88nini.com |
| llsmsm.com | 33baba.com | 55sbsb.com | 88sbsb.com |
| llspsp.com | 33gege.com | 5!:>smsm.com | 88smsm.com |
| llwuwu.com | 33hehe.com | 55spsp.com | 88spsp.com |
| llyeye.com | 33hihi.com | 55zizi.com | 88wuwu.com |
| llzizi.com | 33hphp.com | 56xixi.com | 88yeye.com |
| 123456av.com | 33nini.com | 600ai.com | 88zizi.com |
| 130hh.com | 33sfsf.com | 600hh.com | 898hh.com |
| 13lhh.com | 33smsm.com | 60mcc.com | 910uu.com |
| 134hh.com | 33spsp.com | 611bo.com | 91ldns.com |
| 139ai.com | 33wuwu.com | 666dasege.com | 911uu.com |
| 156ai.com | 33yeye.com | 666mcc.com | 919hh.com |
| 99yeye.com | 33zizi.com | 666mgs.com | 92mcc.com |
| 99zizi.com | 350hh.com | 666nnnn.com | 999aiai.com |
| bt123456.com | 360sose.com | 666yigese.com | 999sasa.com |
| dasegel.com | 380hh.com | 66bebe.com | 99bebe.com |
| jiuqumcc.com | 44gege.com | 66didi.com | 99didi.com |
| juse666.com | 44hehe.com | 66gege.com | 99gugu.com |
| lebaofu.com | 44hihi.com | 66hehe.com | 99hihi.com |
| mcc-dns.com | 44hphp.com | 66hihi.com | 99hphp.com |
| mgsdh123.com | 44meme.com | 66hphp.com | 99nini.com |
| sasa22.com | 44nini.com | 66jiji.com | 99pupu.com |
| sasa44.com | 777dddd.com | 66nini.com | 99sbsb.com |
| sasa66.com | 777gggg.com | 66sbsb.com | 99smsm.com |
| sasa666.com | 777hhhh.com | 66sfsf.com | 99spsp.com |
| selaoda6.com | 777kkkk.com | 66smsm.com | 99vovo.com |
| selaoda8.com | 77didi.com | 66spsp.com | 99wuwu.com |
| tianyasel.com | 77hihi.com | 66wuwu.com | 777aiai.com |
| tys666.com | 77hphp.com | 66yeye.com | zzz97.com |
| xiaojiel234.com | 77sbsb.com | 66zizi.com | 722dd.com |
| xixi51.com | 77sfsf.com | 688hh.com | 777bbbb.com |
| yigesel.com | 77smsm.com | 699ee.com | yigese2.com |