IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division.

| Gong Zheng Jin, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:14cv1120 |
| John Doe | ) ) ) | |
| Defendant. | ) | |

In Re:

| | | | |
| --- | --- | --- | --- |
| 001hh.com | 166dd.com | 44sfsf.com | 77spsp.com |
| 003hh.com | 186ai.com | 44smsm.com | 77wuwu.com |
| 105hh.com | 200hh.com | 44spsp.com | 77zizi.com |
| 108hh.com | 212hh.com | 44yeye.com | 818hh.com |
| 10mcc.com | 22baba.com | 44zizi.com | 888aiai.com |
| 111aiai.com | 22gege.com | 500dd.com | 888gggg.com |
| 111qqqq.com | 22hihi.com | 510dd.com | 888pppp.com |
| 115hh.com | 22hphp.com | 511dd.com | 888sasa.com |
| 11gugu.com | 22meme.com | 55bebe.com | 888yyyy.com |
| 11hehe.com | 22nini.com | 55gege.com | 88gege.com |
| 11hihi.com | 22sfsf.com | 55gugu.com | 88gugu.com |
| 11hphp.com | 22smsm.com | 55hihi.com | 88hehe.com |
| 11meme.com | 22wuwu.com | 55hphp.com | 88hihi.com |
| 11nini.com | 22yeye.com | 55meme.com | 88hphp.com |
| 11sfsf.com | 22zizi.com | 55nini.com | 88nini.com |
| 11smsm.com | 33baba.com | 55sbsb.com | 88sbsb.com |
| 11spsp.com | 33gege.com | 55smsm.com | 88smsm.com |
| 11wuwu.com | 33hehe.com | 55spsp.com | 88spsp.com |
| 11yeye.com | 33hihi.com | 55zizi.com | 88wuwu.com |
| 11zizi.com | 33hphp.com | 56xixi.com | 88yeye.com |
| 123456av.com | 33nini.com | 600ai.com | 88zizi.com |
| 130hh.com | 33sfsf.com | 600hh.com | 898hh.com |
| 131hh.com | 33smsm.com | 60mcc.com | 910uu.com |
| 134hh.com | 33spsp.com | 611bo.com | 911dns.com |
| 139ai.com | 33wuwu.com | 666dasege.com | 911uu.com |
| 156ai.com | 33yeye.com | 666mcc.com | 919hh.com |
| 99yeye.com | 33zizi.com | 666mgs.com | 92mcc.com |
| 99zizi.com | 350hh.com | 666nnnn.com | 999aiai.com |
| bt123456.com | 360sose.com | 666yigese.com | 999sasa.com |
| dasege1.com | 380hh.com | 66bebe.com | 99bebe.com |
| jiuqumcc.com | 44gege.com | 66didi.com | 99didi.com |

| | | | |
|---|---|---|---|
| juse666.com | 44hehe.com | 66gege.com | 99gugu.com |
| lebaofu.com | 44hihi.com | 66hehe.com | 99hihi.com |
| mcc-dns.com | 44hphp.com | 66hihi.com | 99hphp.com |
| mgsdh123.com | 44meme.com | 66hphp.com | 99nini.com |
| sasa22.com | 44nini.com | 66jiji.com | 99pupu.com |
| sasa44.com | 777dddd.com | 66nini.com | 99sbsb.com |
| sasa66.com | 777gggg.com | 66sbsb.com | 99smsm.com |
| sasa666.com | 777hhhh.com | 66sfsf.com | 99spsp.com |
| selaoda6.com | 777kkkk.com | 66smsm.com | 99vovo.com |
| selaoda8.com | 77didi.com | 66spsp.com | 99wuwu.com |
| tianyase1.com | 77hihi.com | 66wuwu.com | 777aiai.com |
| tys666.com | 77hphp.com | 66yeye.com | zzz97.com |
| xiaojie1234.com | 77sbsb.com | 66zizi.com | 722dd.com |
| xixi51.com | 77sfsf.com | 688hh.com | 777bbbb.com |
| yigese1.com | 77smsm.com | 699ee.com | yigese2.com |

<u>Certificate of Filing</u>

Please find attached to this certificate the proof of publication from the Washington Times with the attached publication.

Dated: January 20, 2015.

                                                                Respectfully Submitted
                                                                Gong Zheng Jin
                                                                By Counsel

_____/s_____
Jonathan Westreich, Esq.
VSB No. 37393
604 Cameron Street
Alexandria, Virginia 22314
703-299-9050 / fax: 703-548-1831
jonathan@westreichlaw.com

and

Stevan Lieberman, Esq.
Greenberg & Lieberman, LLC
2141 Wisconsin Ave., NW Suite C2
Washington, D.C. 20007
(202) 625-7000, Fax: 202-625-70001
Stevan@aplegal.com

Counsel to Gong Zheng Jin

2

<u>Certificate of Service</u>

  I hereby certify that the foregoing, along with the referenced attachment, was sent by U.S. Mail this 20th day of January, 2015 to:

Whois Privacy Protection Service, Inc.
PO Box 639
Kirkland, Washington 98083
dsaasf090801@gmail.com

                 /s
              _____
              Jonathan Westreich, Esq.