IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| GONG ZHENG JIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>001HH.COM, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:14-cv-1120 |

## ORDER

On May 7, 2015, Magistrate Judge Thomas Rawles Jones, Jr. issued a Report and Recommendation ("Report"), in which he recommended that default judgment be entered *in rem* in favor of plaintiff Gong Zheng Jin against the defendants, and that ownership and control of defendant Domain Names be transferred to plaintiff. He also recommended that VeriSign, Inc., be required to transfer ownership of the defendant Domain Names to plaintiff pursuant to 15 U.S.C. § 1125(d)(1)(C).

The parties were advised that any objections to the Report had to be filed within fourteen days of receipt of the Report and that failure to file timely objections waived appellate review of any judgment based on the Report. As of May 28, 2015, no objections have been filed. Having fully reviewed the Report, case file, and plaintiff's Motion for Judgment by Default with its attachments, the Court finds that the Report accurately states the relevant facts and law.

Accordingly, the Court adopts the findings and conclusions of the Report (Dkt. No. 22) and for the reasons stated therein, the plaintiff's Motion for Entry of Default Judgment (Dkt. No. 18) is GRANTED, and it is hereby

ORDERED that Judgment by Default be entered *in rem* in favor of plaintiff Gong Zheng Jin against the defendants. It is also

ORDERED that ownership and control of defendant Domain Names be transferred to the plaintiff. It is further

ORDERED that the Registry of Record, being Verisign, Affilias, or some other Registry, shall promptly change the registrar for the domain names listed on Exhibit A to this Order as directed by Plaintiff's Counsel. It is further

ORDERED that the registrar of the domains names listed on Exhibit A to this Order shall place the referenced domain names in the account as directed by the Plaintiff's Counsel.

The Clerk is thus directed to enter judgment in the plaintiff's favor pursuant to Federal Rule of Civil Procedure 55 and to forward copies of this Order, along with the Order and Judgment by Default, to counsel of record for the plaintiff and to defendants at the addresses listed in the case file.

May 28, 2015

Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge

2